In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00091-CV
_____

JOSEPH GERARD WRIGHT, Appellant

V.

TERESA CHINN WRIGHT, Appellee

On Appeal from the 418th District Court
Montgomery County, Texas
Trial Cause No. 12-04-04513 CV

MEMORANDUM OPINION

The appellant, Joseph Gerard Wright, filed a motion to dismiss this appeal and issue the mandate. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal. *Id.* The mandate shall issue immediately by agreement of the parties. *See* Tex. R. App. P. 18.1(c).

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered April 4, 2013

Before McKeithen, C.J., Gaultney and Kreger, JJ.